PARKWAY VILLAGE APARTMENTS CO. v. TOWNSHIP
OF CRANFORD.

December 16, 1986.

Petition for certification granted.  (See 9 *N.J.Tax* 199)

CLAYTON ARNOLD, ET AL. v. SCARBOROUGH
CORPORATION, ETC.

December 16, 1986.

Petition for certification denied.